UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES DODGSON, *et ux.*, ELIZABETH J. : Civil Action No.: 07-cv-6311-GBD
DODGSON, and ROSEANNA M. ROBINSON, :
:
  Plaintiffs, :
:
 -against- : RULE 7.1 STATEMENT
:
GUIDANT COPORATION, GUIDANT SALES : ECF CASE
CORPORATION, CARDIAC PACEMAKERS, :
INC., and BOSTON SCIENTIFIC :
CORPORATION, :
: JUL 1 0 2007
  Defendants. :
-----------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendants, Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc. and Boston Scientific Corporation, state the following:

> Guidant Sales Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., which in turn is a wholly-owned subsidiary of Guidant Corporation, which in turn is a wholly-owned subsidiary of Boston Scientific Corporation. The stock of Guidant Sales Corporation, the stock of Cardiac Pacemakers, Inc., and the stock of Guidant Corporation are not publicly traded. The stock of Boston Scientific Corporation is publicly traded. Based on currently available information, no publicly held company or investment fund holds a 10% or greater ownership interest in Boston Scientific Corporation.

Dated: New York, New York
       July 10, 2007

                                    McCARTER & ENGLISH, LLP

                                    By: /s/ Lori J. Shyavitz
                                      Lori J. Shyavitz (LS-5065)
                                      245 Park Avenue
                                      New York, New York 10167
                                      (212) 609-6800

ME1 6543787v.1

and

David S. Johnson
Scott W. Anderson
SHOOK, HARDY & BACON L.L.P.
100 North Tampa Street, Suite 2900
Tampa, Florida 33602
(813) 202-7100

Attorneys for Defendants
Guidant Corporation,
Guidant Sales Corporation,
Cardiac Pacemakers, Inc. and Boston Scientific Corporation

ME1 6543787v.1