UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

CHARLES DODGSON, *et ux.*, ELIZABETH J. : 07 CV 6311 (GBD)
DODGSON, and ROSEANNA M. ROBINSON, :
                                      :
        Plaintiffs, :
                                        :
    -against- : STIPULATION AND ORDER
                                        :
GUIDANT COPORATION, GUIDANT SALES :
CORPORATION, CARDIAC PACEMAKERS, :
INC., and BOSTON SCIENTIFIC :
CORPORATION, :
                                        :
        Defendants. :
————————————————————————X

    IT IS HEREBY STIPULATED by and between Defendants Guidant Corporation,

Guidant Sales Corporation, Cardiac Pacemakers, Inc. and Boston Scientific Corporation

(collectively, "Defendants") and Plaintiffs through their designated counsel, that the time for

Defendants to answer or otherwise respond to the Complaint in this action and for the parties to

participate in pretrial proceedings will be stayed and will be set by the MDL transferee district

court in the District of Minnesota that is managing the multidistrict litigation entitled *In Re*

*Guidant Corp. Implantable Defibrillators Products Liability Litigation* and bearing MDL

Number 1708.

Dated: Binghamton, New York         LAW OFFICES OF RONALD R. BENJAMIN
      July 12, 2007

                                   By: *Marya C. Young*
                                      Ronald R. Benjamin (RB 2055)
                                      Marya C. Young (MY 9452)
                                 **Attorneys for Plaintiffs**
                                    126 Riverside Drive
                                    P.O. Box 607
                                    Binghamton, New York 13902
                                    (607) 772-1442

MEI 6574765v.1

Dated: New York, New York                    McCARTER & ENGLISH, LLP
      July 12, 2007

                                                     By: _____
                                               Lori J. Shyavitz (LS 5065)
                                         Attorneys for Defendants
                                         Guidant Corporation, Guidant Sales
                                         Corporation, Cardiac Pacemakers, Inc. and
                                         Boston Scientific Corporation
                                         245 Park Avenue
                                         New York, New York 10167
                                         (212) 609-6800

SO ORDERED:

_____
U.S.D.J.

       JUL 1 6 2007

2