A CERTIFIED TRUE COPY
AUG 2 4 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2007

FILED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1708

*IN RE Guidant Corp. Implantable Defibrillators Products Liability Litigation*

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-40)**

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 462 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON

SCANNED
AUG 2 8 2007

## SCHEDULE CTO-40 - TAG-ALONG ACTIONS
### MDL NO. 1708
### IN RE Guidant Corp. Implantable Defibrillators Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ~~ALM 3 07-661~~ | ~~Sue F. Bradley v. Guidant Corp., et al.~~ Opposed 8/23/07 |
| **FLORIDA MIDDLE** | |
| FLM 6  07-1171 | Francis R. Dumke, etc. v. Guidant Corp.  07-3823 |
| FLM 8  07-1238 | Kristina Kelly, etc. v. Guidant Corp., et al.  07-3824 |
| **ILLINOIS SOUTHERN** | |
| ILS  3  07-518 | Edward Alexander, et al. v. Guidant Corp., et al.  07-3825 |
| ILS  3  07-522 | Wilbur Acton, et al. v. Guidant Corp., et al.  07-3826 |
| **INDIANA SOUTHERN** | |
| INS  1  07-933 | Beth A. Thomas, etc. v. Cardiac Pacemakers, Inc.  07-3827 |
| **NEW JERSEY** | |
| NJ  3  07-3273 | Irwin M. Fine, et al. v. Guidant Corp.  07-3828 |
| **NEW YORK SOUTHERN** | |
| NYS  1  07-6311 | Charles Dodgson, et al. v. Guidant Corp., et al.  07-3829 |
| **OHIO SOUTHERN** | |
| OHS  2  07-679 | Walter G. Reed, etc. v. Guidant Corp., et al.  07-3830 |